IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WEST FLAGLER ASSOCIATES, LTD.,
a Florida Limited Partnership d/b/a
MAGIC CITY CASINO, et al.,

    Plaintiffs,

v.                                                              Case No. 4:21-cv-270-AW-MJF

RONALD DION DESANTIS, in his
official capacity as Governor of the State
of Florida, and JULIE IMANUEL
BROWN, in her official capacity as
Secretary of the Florida Department of
Business and Professional Regulation,

    Defendants.
_____/

## ORDER REGARDING FIRST AMENDED COMPLAINT

Plaintiffs filed their First Amended Complaint, ECF No. 18, along with notice that Defendants consent to the amendment, ECF No. 17. The First Amended Complaint is now the operative complaint, and Defendants have 14 days from its filing to respond.

SO ORDERED on August 18, 2021.

                                                  s/ *Allen Winsor*
                                                United States District Judge