**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

WEST FLAGLER ASSOCIATES LTD, et al.,

   VS

RONALD DION DESANTIS, et al.,

CASE NO.  4:21-cv-00270-AW-MJF

**NOTICE REGARDING ELECTRONIC FILING AND ATTORNEY ADMISSIONS REQUIREMENT**

**To:**     Elliott Milhollin
           D.C. Bar No. 474322
           Hobbs Straus Dean & Walker, LLP
           1899 L Street NW, Suite 1200
           Washington, DC 20037

      The above-styled case has been filed in the Northern District of Florida and you are listed as counsel or co-counsel of record for **SEMINOLE TRIBE OF FLORIDA**.  Our records indicate that you are "not admitted or registered" to file electronically in this District.

      Please be advised that the filing of documents electronically is **mandatory**.  *(Case opening documents and sealed pleadings are exempt at this time, and should be filed in hard copy).*  To register, please refer to our web site, www.flnd.uscourts.gov.  The registration and attorney admissions link can be found under the CM/ECF and Attorney Resources heading located on the left side of the web page.

                                JESSICA J. LYUBLANOVITS
                                CLERK OF COURT

9/1/2021                                    s/ *Victoria Milton McGee*
Date                                        Deputy Clerk