# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**WEST FLAGLER ASSOCIATES LTD, a Florida Limited Partnership d/b/a MAGIC CITY CASINO, et al.,**

    **Plaintiffs,**

v.                                        Case No. 4:21-cv-270-AW-MJF

**RONALD DION DESANTIS, in his official capacity as GOVERNOR OF THE STATE OF FLORIDA, et al.,**

    **Defendants.**

_____/

## ORDER SETTING DEADLINES

As stated during this week's telephonic hearing, Defendants' deadline to respond to Plaintiffs' motion for summary judgment or, alternatively, for a preliminary injunction (ECF No. 34) is October 22, 2021. Plaintiffs may file a reply no later than October 26, 2021.

SO ORDERED on October 1, 2021.

                                         s/ *Allen Winsor*
                                         United States District Judge